IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01519-EWN-CBS

CHRISTOPHER GARCIA, *pro se*

    Plaintiff,

v.

KANA SOFTWARE, INC., a Delaware corporation;
MICHAEL J. MCCLOSKY; and
MARK S. GAINEY,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter is before the court on the "Stipulation of Dismissal with Prejudice" filed October 5, 2006.  The court having read the Stipulation of Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED as to Defendant Kana Software, Inc. only, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 18th day of October, 2006.
.

                                                 BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge