IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01519-EWN-CBS

CHRISTOPHER GARCIA, *pro se*

    Plaintiff,

v.

MICHAEL J. MCCLOSKY; and
MARK S. GAINEY,

    Defendants.

---

## **ORDER OF DISMISSAL WITH PREJUDICE**
---

This matter is before the court on the "Plaintiff's Stipulation of Voluntary Dismissal of All Claims Against Michael J. McCloskey and Mark S. Gainey" (the "Stipulation") filed on October 18, 2006. The Court having read the Stipulation filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED as to Michael J. McCloskey and to Mark S. Gainey, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 20th day of October, 2006.

.                                                         BY THE COURT:

                                                         s/ Edward W. Nottingham
                                                         EDWARD W. NOTTINGHAM
                                                         United States District Judge